# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

### REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

Offender Name: <u>Thomas A. Lees</u>      Case No.: <u>11CR576</u>

Name of Sentencing Judicial Officer: <u>Timothy R. Rice</u>

Date of Original Sentence: <u>December 20, 2012</u>

Original Offense: <u>Attempted possession of Oxycodone</u>

Original Sentence: <u>One year special probation</u>



FILED
JUL 2 2 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Special Conditions: <u>The defendant shall perform 200 hours of community service as directed by Probation Officer at the Philadelephoa Veteran's Comfort House located at 4108 Baltimore Pike, Philadelphia, PA; The defendant shall pay a $3,000 fine, to be paid in full by December 21, 2013; Defendant shall pay a total special assessment of $25, which is due immediately; and defendant shall submit to random drug testing, as determined by the Probation Office.</u>

Type of Supervision: <u>Probation</u>      Date Supervision Commenced: <u>December 20, 2012</u>

U. S. Attorney's Response:   No Objections <u>X</u>     Objections _      No Response _

---

### PETITIONING THE COURT

On June 12, 2013, Mr. Lees submitted a urine specimen at the probation office which tested positive for opiates. On July 11 and 17, 2013, Mr. Lees admitted to the use of non-prescribed opiate medications the day before and that he needed drug treatment to help him overcome his addiction.

On July 17, 2013, Assistant U.S. Attorney Mary Crawley concurred with the below listed modification.

☒ To modify the conditions of supervision as follows: It is ordered that the defendant shall submit to drug and/or alcohol treatment at the direction of the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged. Any further violations for drug abuse shall result in placement in a recovery house, to recommended by PO John Lackey.

Respectfully submitted,

Ronald DeCastro, Chief
U.S. Probation Officer

Todd Morrow
U.S. Probation Officer

Approved:

James D. Muth
Supervising U.S. Probation Officer
Date: 7/17/13

TSM

## ORDER OF THE COURT

Considered and ordered this 22 day of July 2013 and ordered filed and made part of the records in the above case.

U.S. District Court Judge